IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

ONDRE CALLAHAN                          )
                                        )
        Plaintiff,                      )
                                        )
        v.                              )     **03C   1636**
                                        )
CITY OF WAUKEGAN and OFFICER SMITH,     )
star number 677,                        )
                                        )     **JUDGE ZAGEL**
        Defendants.                     )

**MAGISTRATE JUDGE ASHMAN**

### COMPLAINT

NOW COMES Plaintiff, ONDRE CALLAHAN, by and through his
attorneys, LOEVY & LOEVY, and complaining of Defendants, CITY OF
WAUKEGAN AND OFFICER SMITH, star number 677, states as follows:

### Introduction

1.   This action is brought pursuant to 42 U.S.C.
Section 1983 to redress the deprivation under color of law of
Plaintiff's rights as secured by the United States Constitution.

### Jurisdiction and Venue

2.   This Court has jurisdiction of the action
pursuant to 28 U.S.C. § 1331.

3.   Venue is proper under 28 U.S.C. § 1391(b).  On
information and belief, all or most of the parties reside in this
judicial district, and the events giving rise to the claims
asserted herein all occurred within district.

## Background

4.    On or about March 19, 2001, Plaintiff Ondre Callahan was severely beaten by Defendant Officer Smith

5.    Specifically, Defendant Smith punched, pushed and tripped Plaintiff to the ground, all without provocation.

6.    During his detention with the Waukegan Police Department, Plaintiff was taken to a hospital where he received medical treatment, including eleven stitches, for the injuries inflicted during the beating.

7.    Following the beating, Plaintiff was charged with Aggravated Assault, Obstructing a Peace Officer, and Resisting a Peace Officer.

8.    Plaintiff was subsequently released, and all charges against him resolved in a manner indicative of his innocence.

## Count I - 42 U.S.C. § 1983

### Excessive Force

9.    Each of the foregoing Paragraphs is incorporated as if restated fully herein.

10.   As described in the preceding paragraphs, the conduct of the Defendant Smith, acting under color of law, constituted excessive force in violation of the United States Constitution.

11.   The misconduct described in this Count was objectively unreasonable and was undertaken intentionally with willful indifference to Plaintiff's Constitutional rights.

12.   The misconduct described in this Count was undertaken pursuant to the policy and practice of the Waukegan Police Department in that:

a.   As a matter of both policy and practice, the Waukegan Police Department directly encourages, and is thereby the moving force behind, the very type of misconduct at issue here by failing to adequately train, supervise and control its officers, such that its failure to do so manifests deliberate indifference;

b.   As a matter of both policy and practice, the Waukegan Police Department facilitates the very type of misconduct at issue here by failing to adequately punish and discipline prior instances of similar misconduct, thereby leading Waukegan Police Officers to believe their actions will never be scrutinized and, in that way, directly encouraging future abuses such as those affecting Plaintiff;

c.   Generally, as a matter of widespread practice so prevalent as to comprise municipal policy, officers of the Waukegan Police Department abuse citizens in a manner similar to that alleged by Plaintiff in this Count on a frequent basis, yet

3

the Waukegan Police Department makes findings of wrongdoing in a disproportionately small number of cases;

d. Municipal policy-makers are aware of (and condone and facilitate by their inaction) a "code of silence" in the Waukegan Police Department, by which officers fail to report misconduct committed by other officers, such as the misconduct at issue in this case; and

e. The City of Waukegan has failed to act to remedy the patterns of abuse described in the preceding sub-paragraphs, despite actual knowledge of the same, thereby causing the types of injuries alleged here.

13. As a result of the Defendant Officer's unjustified and excessive use of force, as well as the City of Waukegan's policy and practice, Plaintiff has suffered pain and injury, as well as emotional distress.

## COUNT II - Supplemental State Law Claim

### Respondeat Superior

14. Each of the foregoing Paragraphs is incorporated as if restated fully herein.

15. In committing the acts alleged in the preceding paragraphs, the Defendant Officer was a member of, and agent of, the Waukegan Police Department acting at all relevant times within the scope of his employment.

4

16.   Defendant City of Waukegan is liable as principal for all torts committed by its agents.

### COUNT III- Supplemental State Law Claim

### Indemnification

17.   Each of the foregoing Paragraphs is incorporated as if restated fully herein.

18.   Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

19.   The Defendant Smith is or was an employee of the Waukegan Police Department, who acted within the scope of his employment in committing the misconduct described herein.

WHEREFORE, Plaintiff, ONDRE CALLAHAN, respectfully requests that this Court enter judgment in his favor and against Defendants, CITY OF WAUKEGAN and OFFICER SMITH, star number  677, awarding compensatory damages and attorneys' fees, along with punitive damages against OFFICER SMITH his individual capacity, as well as any other relief this Court deems just and appropriate.

### JURY DEMAND

Plaintiff, ONDRE CALLAHAN, hereby demands a trial by jury pursuant to Federal Rule of Civil Procedure 38(b) on all issues so triable.

5

RESPECTFULLY SUBMITTED,

Attorneys for Plaintiff

Arthur Loevy
Jon Loevy
Jon Rosenblatt
Amanda Antholt
LOEVY & LOEVY
312 North May Street
Suite 100
Chicago, IL 60607
(312) 243-5900



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** Ondre Callahan

County of Residence:

Plaintiff's Atty: Loevy & Loevy
312 N. May St., Suite 100
Chicago, IL 60607
(312) 243-5900

**Defendant(s):** City of Waukegan and Officer Smith, Star Number 677

County of Residence:

Defendant's Atty:

# 03C 1636

II. Basis of Jurisdiction:     **3. Federal Question (U.S. not a party)**

*JUDGE ZAGEL*

*MAGISTRATE JUDGE ........N*

III. Citizenship of Principal Parties **(Diversity Cases Only)**
Plaintiff: **- N/A**
Defendant: **- N/A**

IV. Origin :     **1. Original Proceeding**

V. Nature of Suit:     **440 Other Civil Rights**

VI. Cause of Action:     **42 U.S.C. Section 1983**

VII. Requested in Complaint
Class Action:
Dollar Demand:
Jury Demand: **Yes**

*DOCKETED*
*MAR  6 2003*

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature: _____

Date: 3/5/03

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**     Revised: 06/28/00

http://www.ilnd.uscourts.gov/PUBLIC/Forms/auto_js44.cfm     3/5/03

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of

Ondre Callahan

v

City of Waukegan and Officer Smith, Star No. 677

03 Case Number: 1636

JUDGE ZAGEL

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR

Plaintiff, Ondre Callahan

MAGISTRATE JUDGE ASH...

| (A) | | (B) | |
|---|---|---|---|
| SIGNATURE | | SIGNATURE | |
| NAME Jon Loevy | | NAME Arthur Loevy | |
| FIRM Loevy & Loevy | | FIRM same | |
| STREET ADDRESS 312 N. May St., Suite 100 | | STREET ADDRESS | DOCKETED |
| CITY/STATE/ZIP Chicago, IL 60607 | | CITY/STATE/ZIP | MAR 6 2003 |
| TELEPHONE NUMBER (312) 243-5900 | FAX NUMBER (312) 243-5902 | TELEPHONE NUMBER | FAX NUMBER |
| E-MAIL ADDRESS | | E-MAIL ADDRESS | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 02618254 | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | |
| MEMBER OF TRIAL BAR? | YES ☑ NO ☐ | MEMBER OF TRIAL BAR? | YES ☑ NO ☐ |
| TRIAL ATTORNEY? | YES ☑ NO ☐ | TRIAL ATTORNEY? | YES ☐ NO ☑ |
| | | DESIGNATED AS LOCAL COUNSEL? | YES ☑ NO ☐ |
| (C) | | (D) | |
| SIGNATURE | | SIGNATURE | |
| NAME Mike Kanovitz | | NAME Amanda Antholt | |
| FIRM same | | FIRM same | |
| STREET ADDRESS | | STREET ADDRESS | |
| CITY/STATE/ZIP | | CITY/STATE/ZIP | |
| TELEPHONE NUMBER | FAX NUMBER | TELEPHONE NUMBER | FAX NUMBER |
| E-MAIL ADDRESS | | E-MAIL ADDRESS | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | |
| MEMBER OF TRIAL BAR? | YES ☑ NO ☐ | MEMBER OF TRIAL BAR? | YES ☑ NO ☐ |
| TRIAL ATTORNEY? | YES ☐ NO ☑ | TRIAL ATTORNEY? | YES ☐ NO ☑ |
| DESIGNATED AS LOCAL COUNSEL? | YES ☑ NO ☐ | DESIGNATED AS LOCAL COUNSEL? | YES ☑ NO ☐ |