IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ONDRE CALLAHAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 03 C 1636 |
| v. | ) | |
| | ) | Judge Zagel |
| CITY OF WAUKEGAN and OFFICER DARREN SMITH, Star No. 677, | ) ) | |
| | ) | |
| Defendants. | ) | |

**FILED**
MAR 25 2005
JUDGE JAMES B. ZAGEL
UNITED STATES DISTRICT COURT

## STIPULATION TO DISMISS

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective attorneys of record, that this matter has been settled and, therefore, this cause should be dismissed with prejudice with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release of All Claims entered by and between the parties.

RESPECTFULLY SUBMITTED,

_/s/ Arthur Loevy_
Arthur Loevy
Amanda Antholt
LOEVY & LOEVY
312 N. May
Suite 100
Chicago, IL 60607

_/s/ Michael K. Noonan_
Mr. Michael K. Noonan
NOONAN, PERILLO & POLENZANI, LTD.
25 North County Street
Waukegan, Illinois 60085